IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JOSHUA CARNEIL PHILLIPS,**<br>      **Plaintiff,** | )<br>)<br>) |
| v. | )   CIVIL ACTION: 1:20-00489-KD-N |
| **TREY OLIVER, III, Warden,** *et al.***,**<br>      **Defendants.** | )<br>)<br>) |

**ORDER**

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge (Doc. 52) made under 28 U.S.C. § 636(b)(1)(B)-(C), Federal Rule of Civil Procedure 72(b), and S.D. Ala. GenLR 72(a)(2)(S), and dated December 7, 2022, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that summary judgment is **GRANTED** as to Defendants Badar Alastal and David Dallas and **DENIED** as to Defendants Shawn Beckford and Daniel Blocker under Federal Rule of Civil Procedure 56.

**DONE** and **ORDERED** this the **10th** day of **January 2023.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**