IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JOSHUA CARNEIL PHILLIPS,** ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION 1:20-00489-KD-N |
| ) | |
| **OFFICER BLOCKER and OFFICER** ) | |
| **BECKFORD,** ) | |
| Defendants. ) | |

### JUDGMENT

In accordance with the Order issued on this date, it is **ORDERED, ADJUDGED**, and **DECREED** that **JUDGMENT** is entered in favor of Defendant Officer Beckford and Defendant Officer Blocker and against Plaintiff Phillips Joshua Carneil Phillips.

**DONE** and **ORDERED** this the **18th** day of **December 2023.**

/s/ Kristi K. DuBose
**KRISTI K. DUBOSE**
**UNITED STATES DISTRICT JUDGE**

1